| | |
|---|---|
| 1 | JAMES M. WOOD (California Bar No. 58679)<br>REED SMITH LLP |
| 2 | 1999 Harrison Street, Suite 2400<br>Oakland, California 94612-3572 |
| 3 | Telephone: (510) 763-2000<br>Facsimile: (510) 273-8832 |
| 4 | Email: JMWood@reedsmith.com |
| 5 | TIFFANY RENEE THOMAS (California Bar No. 239085)<br>REED SMITH LLP |
| 6 | Two Embarcadero Center, Suite 2000<br>San Francisco, California 94111-3922 |
| 7 | Telephone: (415) 543-8700<br>Facsimile: (415) 391-8269 |
| 8 | Email: TThomas@reedsmith.com |
| 9 | Attorneys for Plaintiff |
| 10 | |
| 11 | SCOTT N. SCHOOLS (South Carolina Bar No. 9990)<br>United States Attorney |
| 12 | JOANN M. SWANSON (California Bar No. 88143)<br>Chief, Civil Division |
| 13 | LETITIA R. KIM (California Bar No. 200142)<br>Assistant United States Attorney |
| 14 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 15 | Telephone: (415) 436-7181<br>Facsimile: (415) 436-6748 |
| 16 | Email: letitia.r.kim@usdoj.gov |
| 17 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| STANMORE COOPER, | ) | Case No. C 07-1383 VRW |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | |
| FEDERAL AVIATION ADMINISTRATION, *et al.*, | ) | |
| Defendants. | ) | |

Stip. & [Prop.] Order
Case No. C 07-1383 VRW           -1-

The parties stipulate as follows:

1. Without conceding the merits of its allegations, and pursuant to Federal Rule of Civil Procedure 15(a), defendants consent to the filing of the first amended complaint plaintiff's counsel e-mailed to defense counsel on June 14, 2007.

2. Defendants' answer to the first amended complaint shall be due on July 13, 2007.

3. Defendants' pending motion to dismiss the original complaint, currently set for hearing on July 12, 2007, is now moot and taken off calendar.

DATED: June 21, 2007                    Respectfully submitted,

                                        REED SMITH LLP

                                        /s/
                                        _____
                                    By: JAMES M. WOOD
                                        TIFFANY RENEE THOMAS
                                        Attorneys for Plaintiff


                                        SCOTT N. SCHOOLS
                                        United States Attorney

                                        /s/
                                        _____
                                    By: LETITIA R. KIM
                                        Assistant United States Attorney
                                        Attorneys for Defendants

IT IS SO ORDERED.

Dated: 6/26/2007  _____



IT IS SO ORDERED
Judge Vaughn R Walker

Stip. & [Prop.] Order
Case No. C 07-1383 VRW                  -2-