1   JAMES M. WOOD (California Bar No. 058679)
    REED SMITH LLP
2   1999 Harrison Street, Suite 2400
    Oakland, CA  94612-3572
3   Telephone:     510.763.2000
    Facsimile:     510.273.8832
4   Email:  JMWood@reedsmith.com

5   TIFFANY RENEE THOMAS (California Bar No. 239085)
    REED SMITH LLP
6   Two Embarcadero Center, Suite 2000
    San Francisco, CA  94111-3922
7   Telephone:     415.543.8700
    Facsimile:     415.391.8269
8   Email: Tthomas@reedsmith.com

9   Attorneys for Plaintiff Stanmore C. Cooper

10  SCOTT N. SCHOOLS (South Carolina Bar No. 9990)
    United States Attorney
11  JOANN M. SWANSON (California Bar No. 88143)
    Chief, Civil Division
12  JENNIFER S WANG (California Bar No. 233155)
    Assistant United States Attorney
13  450 Golden Gate Ave., Box 36055
    San Francisco, CA 94102
14  Telephone: (415) 436-6967
    Facsimile:  (415) 436-6748
15  Jennifer.s.wang@usdoj.gov

16  Attorneys for Defendants Federal Aviation Administration,
    Social Security Administration, and United States
17  Department of Transportation

18                  UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA

20                    SAN FRANCISCO DIVISION

21  STANMORE C. COOPER, a California Resident,    Civil Case No.: 3:07-cv-01383-VRW

22              Plaintiff,                        **STIPULATION AND [PROPOSED]**
                                                  **ORDER EXTENDING DEFENDANTS'**
23          v.                                    **TIME TO ANSWER OR OTHERWISE**
                                                  **RESPOND TO DISCOVERY AND**
24  FEDERAL AVIATION ADMINISTRATION,              **EXTENDING FACT DISCOVERY CUT-**
    SOCIAL SECURITY ADMINISTRATION,               **OFF AND ALL OTHER**
25  UNITED STATES DEPARTMENT OF                   **CORRESPONDING DEADLINES**
    TRANSPORTATION,
26
                Defendants.
27

28

*(Left margin, vertical text):* REED SMITH LLP  A limited liability partnership formed in the State of Delaware

1. Representation of the defendants in this matter was transferred to a new Assistant United States Attorney, Jennifer Wang, who began work on August 20, 2007.  Additional time is needed for defendants' new counsel to become familiar with the case.  In addition, Ms. Wang is scheduled to attend a two-week training seminar in Columbia, South Carolina in October.

2. Given defendants' new representation and the training schedule for defendants' counsel, at the request of defendants, the parties stipulate to extend the following deadlines:

   a. Defendants Federal Aviation Administration ("FAA"), Social Security Administration ("SSA"), and United States Department of Transportation (U.S. DOT") shall have an extension of time, through and including October 5, 2007, to answer or otherwise respond to plaintiff's written discovery requests:  Plaintiff's First Request for Production of Documents to Defendant SSA; Plaintiff's First Request for Production of Documents to Defendant U.S. DOT; Plaintiff's First Request for Production of Documents and Other Discovery to Defendant FAA; Plaintiff's First Request for Admissions and Other Discovery to Defendants; and Plaintiff's First Amended Request for Admissions and Other Discovery to Defendants.

///
///
///
///
///
///
///
///
///
///
///

STIPULATION AND [PROPOSED] ORDER

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1      b.   All other deadlines set thus far shall be extended as follows:

2                     Fact Discovery Cut-Off:  December 17, 2007

3                     Dispositive Motions Hearing:  January 31, 2008

4                     Expert Disclosure:  March 17, 2008

5                     Expert Discovery Cut-off:  April 28, 2008

6                     Pretrial Conference:  May 8, 2008

7            No trial date has been set.

8   IT IS SO STIPULATED.

9

10

Dated: August 31, 2007                    REED SMITH, LLP

11

12

By:_____/s/_____
13                                        JAMES M. WOOD
                                          TIFFANY RENEE THOMAS
14

15                                        Attorneys for Plaintiff Stanmore C. Cooper

16

17  Dated: August 31, 2007                SCOTT N. SCHOOLS
                                          United States Attorney
18

19

20  By:_____/s/_____
                                          JENNIFER S WANG
21                                        Assistant United States Attorney

22                                        Attorneys for Defendants
                                          Federal Aviation Administration, Social
23                                        Security Administration, and United States
                                          Department of Transportation
24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

STIPULATION AND [PROPOSED] ORDER

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation and good cause having been shown, it is ordered that:

1. The fact discovery cut-off date is extended to December 17, 2007.

2. The last date for dispositive motions hearing is extended to January 31, 2008.  at 2:30 p.m.

3. The deadline for expert disclosure is extended to March 17, 2008.

4. The expert discovery cut-off date is extended to April 28, 2008.

5. The Pretrial Conference is set for May 8, 2008.  at 3:30 p.m.

IT IS SO ORDERED.


Dated:_____9/10/2007_____     _____



VAUGHN R. WALKER
Chief Judge, United States District Court

IT IS SO ORDERED
Judge Vaughn R Walker

REED SMITH LLP
A limited liability partnership formed in the State of Delaware