1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MICHAEL T. PYLE (CSBN 172954)
   Assistant United States Attorney
4  JENNIFER S WANG (CSBN 233155)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-6967
7     Facsimile:  (415) 436-6748
      Email: jennifer.s.wang@usdoj.gov
8
   Attorneys for Federal Defendants
9
   JAMES M. WOOD (California Bar No. 058679)
10 REED SMITH LLP
   1999 Harrison Street, Suite 2400
11 Oakland, CA  94612-3572
   Telephone:    510.763.2000
12 Facsimile:    510.273.8832
   Email:  JMWood@reedsmith.com
13
   TIFFANY RENEE THOMAS (California Bar No. 239085)
14 REED SMITH LLP
   Two Embarcadero Center, Suite 2000
15 San Francisco, CA  94111-3922
   Telephone:   415.543.8700
16 Facsimile:   415.391.8269
   Email: Tthomas@reedsmith.com
17
   Attorneys for Plaintiff Stanmore C. Cooper
18
19              UNITED STATES DISTRICT COURT
20              NORTHERN DISTRICT OF CALIFORNIA
21                  SAN FRANCISCO DIVISION

22 STANMORE C. COOPER,            )   No. C 07-1383 VRW
                                  )
23      Plaintiff,                )
                                  )   **STIPULATION AND [PROPOSED]**
24      v.                        )   **ORDER TO EXTEND DEADLINES**
                                  )
25 FEDERAL AVIATION               )
   ADMINISTRATION; SOCIAL SECURITY)
26 ADMINISTRATION; UNITED STATES  )
   DEPARTMENT OF TRANSPORTATION,  )
27                                )
        Defendant.
28

## STIPULATION

1. On December 5, 2007, the parties stipulated to extend the deadlines for fact and expert discovery, and dispositive motions because they were in the process of arranging for a private mediation to attempt to resolve the case.

2. On December 12, 2007, the Court ordered new deadlines as follows:

    Fact Discovery Cut-Off: January 31, 2008

    Dispositive Motions Cut-Off: February 7, 2008

    Dispositive Motions Hearing: March 20, 2008

    Expert Disclosure: March 17, 2008

    Expert Discovery Cut-Off: April 28, 2008

    Pretrial Conference: May 8, 2008

3. Almost all fact discovery has been completed. However, the parties have identified several remaining discovery issues. Also, defendants have agreed to re-open a deposition. That deposition is currently scheduled for January 31, 2008. Given the outstanding discovery issues and the upcoming deposition, the parties seek a brief extension of time to seek resolution of their remaining discovery disputes and to obtain the transcript of the upcoming deposition prior to filing any dispositive motions. For these reasons, the parties stipulate to extend the dispositive motions and expert discovery deadlines as follows:

///
///
///
///
///
///
///
///
///

STIPULATION & [PROPOSED] ORDER
C07-1383 VRW

1  Dispositive Motions Cut-Off: March 13, 2008
2  Dispositive Motions Hearing: April 17, 2008
3  Expert Disclosure: April 16, 2008
4  Expert Discovery Cut-Off: May 28, 2008
5  Pretrial Conference: June 12, 2008
6  No trial date has been set.
7
8  IT IS SO STIPULATED.
9
10 DATED: January 23, 2008                    Respectfully submitted,
11                                            JOSEPH P. RUSSONIELLO
                                              United States Attorney
12
13                                            _____/s/_____
                                              JENNIFER S WANG
14                                            Assistant United States Attorney
15
16 DATED: January 23, 2008
                                              REED SMITH, LLP
17
18                                            _____/s/_____
                                              JAMES M. WOOD
19                                            Attorneys for Plaintiff Stanmore C. Cooper

STIPULATION & [PROPOSED] ORDER
C07-1383 VRW

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation and good cause having been shown, it is ordered that:

1. The last date for dispositive motions hearing is extended to April 17, 2008
2. The deadline for expert disclosures is extended to April 16, 2008
3. The expert discovery cut-off date is extended to May 28, 2008
4. The Pretrial Conference is set for June 12, 2008.  at 3:30 p.m.

IT IS SO ORDERED.

DATED: __1/25/2008__



_____
strict Court

STIPULATION & [PROPOSED] ORDER
C07-1383 VRW