JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954)
Assistant United States Attorney
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6967
   Facsimile:  (415) 436-6748
   Email: jennifer.s.wang@usdoj.gov

Attorneys for Federal Defendants

JAMES M. WOOD (California Bar No. 058679)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572
Telephone:     510.763.2000
Facsimile:     510.273.8832
Email: JMWood@reedsmith.com

TIFFANY RENEE THOMAS (California Bar No. 239085)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922
Telephone:    415.543.8700
Facsimile:    415.391.8269
Email: Tthomas@reedsmith.com

Attorneys for Plaintiff Stanmore C. Cooper

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STANMORE C. COOPER, ) | No. C 07-1383 VRW |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND [~~PROPOSED~~]** |
| v. ) | **ORDER TO EXTEND DEADLINES** |
| ) | |
| FEDERAL AVIATION ) | |
| ADMINISTRATION; SOCIAL SECURITY ) | |
| ADMINISTRATION; UNITED STATES ) | |
| DEPARTMENT OF TRANSPORTATION, ) | |
| ) | |
| Defendant. | |

## STIPULATION

1. On December 5, 2007, the parties stipulated to extend the deadlines for fact and expert discovery, and dispositive motions because they were in the process of arranging for a private mediation to attempt to resolve the case. On December 12, 2007, the Court ordered new deadlines for fact and expert discovery, dispositive motions, and the pre-trial conference.

2. On January 23, 2008, the parties stipulated to extend the deadlines for dispositive motions and expert discovery to allow time for resolution of outstanding discovery issues and to obtain the transcript of a deposition scheduled for January 31, 2008 prior to filing any dispositive motions. The parties stipulated to extend the dispositive motions and expert discovery deadlines.

3. Pursuant to the parties' stipulation, on January 28, 2008, the Court ordered the following deadlines:

    Dispositive Motions Hearing: April 17, 2008

    Expert Disclosure: April 16, 2008

    Expert Discovery Cut-Off: May 28, 2008

    Pretrial Conference: June 12, 2008 at 3:30 p.m.

4. Given the Court's unavailability in April and May, the parties respectfully stipulate to extend the deadlines for dispositive motions and the pre-trial date as follows:

    Deadline for filing dispositive motions: May 1, 2008

    Dispositive Motions Hearing: June 5, 2008

    Pre-trial Conference: July 31, 2008

IT IS SO STIPULATED.

DATED: March 6, 2008                    Respectfully submitted,

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney

                                          _____/s/_____
                                          JENNIFER S WANG
                                          Assistant United States Attorney

1
2  DATED: March 6, 2008
3                                               REED SMITH, LLP
4
                                                _____/s/_____
5                                               JAMES M. WOOD
                                                TIFFANY RENEE THOMAS
                                                Attorneys for Plaintiff Stanmore C. Cooper
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation and good cause having been shown, it is ordered that:

1. The deadline for filing dispositive motions is May 1, 2008.
2. The last date for dispositive motions hearing is extended to June 5, 2008.
3. The Pretrial Conference is set for ~~July 31, 2008~~. August 7, 2008 at 3:30 PM.

IT IS SO ORDERED.

DATED: 3/10/08



VAUGHN R. WALKER
Chief Judge, United States District Court

IT IS SO ORDERED AS MODIFIED
Judge Vaughn R Walker

STIPULATION & [PROPOSED] ORDER
C07-1383 VRW                4