| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | MICHAEL T. PYLE (CSBN 172954)<br>Assistant United States Attorney |
| 4 | JENNIFER S WANG (CSBN 233155)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-6967<br>Facsimile:  (415) 436-6748<br>Email: jennifer.s.wang@usdoj.gov |
| 8 | Attorneys for Federal Defendants |
| 9 | JAMES M. WOOD (California Bar No. 058679) |
| 10 | REED SMITH LLP<br>1999 Harrison Street, Suite 2400 |
| 11 | Oakland, CA  94612-3572<br>Telephone:    510.763.2000 |
| 12 | Facsimile:    510.273.8832<br>Email:  JMWood@reedsmith.com |
| 13 | TIFFANY RENEE THOMAS (California Bar No. 239085) |
| 14 | REED SMITH LLP<br>Two Embarcadero Center, Suite 2000 |
| 15 | San Francisco, CA  94111-3922<br>Telephone:    415.543.8700 |
| 16 | Facsimile:    415.391.8269<br>Email: Tthomas@reedsmith.com |
| 17 | Attorneys for Plaintiff Stanmore C. Cooper |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| STANMORE C. COOPER, | ) | No. C 07-1383 VRW |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER TO EXTEND DEADLINES** |
| | ) | |
| FEDERAL AVIATION ADMINISTRATION; SOCIAL SECURITY ADMINISTRATION; UNITED STATES DEPARTMENT OF TRANSPORTATION, | ) ) ) ) | |
| Defendant. | ) | |

**STIPULATION**

1. Pursuant to the parties' stipulation, on January 28, 2008, the Court set the deadline for expert discovery as May 28, 2008. On March 10, 2008, pursuant to the parties' stipulation, the Court extended the deadline for filing dispositive motions to May 1, 2008, extended the last day for hearing on dispositive motions to June 5, 2008, and continued the pretrial conference to August 7, 2008.

2. Plaintiff filed a motion for partial summary judgment on April 28, 2008. Defendants filed a motion for summary judgment on May 1, 2008.

3. On May 8, 2008, the Court continued the hearing date for the parties' cross motions for summary judgment from June 5, 2008 to June 12, 2008, at 2:30 p.m.

4. Defendants' counsel are not available on June 12, 2008. The parties have reviewed the Court's website for a list of available hearing dates. Given the unavailability of defendants' counsel on June 12, 2008, the parties respectfully stipulate to continue the hearing date for the parties' cross motions for summary judgment to August 21, 2008, at 2:30 p.m., and to continue the pre-trial conference in this matter to October 16, 2008. The parties further stipulate to extend the deadline for expert discovery to September 30, 2008.

IT IS SO STIPULATED.

DATED: May 9, 2008

Respectfully submitted,
JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/ Jennifer S Wang_____
JENNIFER S WANG
Assistant United States Attorney

DATED: May 9, 2008

REED SMITH, LLP

_____/s/ James M. Wood_____
JAMES M. WOOD
TIFFANY RENEE THOMAS
Attorneys for Plaintiff Stanmore C. Cooper

STIPULATION & [PROPOSED] ORDER
C07-1383 VRW              2

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation and good cause having been shown, it is ordered that:

1. The hearing on the parties' cross motions for summary judgment is continued to August 21, 2008, at 2:30 p.m.

2. The pre-trial conference is continued to October 16, 2008, at 3:30 p.m.

3. The expert discovery cut-off is extended to September 30, 2008.

IT IS SO ORDERED.

DATED: 5/12/08

GRANTED

Judge Vaughn R Walker

District Court

STIPULATION & [PROPOSED] ORDER
C07-1383 VRW                                3