IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANMORE C. COOPER,<br><br>          Plaintiff,<br><br>     v.<br><br>FEDERAL AVIATION ADMINISTRATION, SOCIAL SECURITY ADMIN, and UNITED STATES DEPT OF TRANSPORTATION,<br><br>          Defendants.<br>_____/ | No. C 07-1383 VRW<br><br>**JUDGMENT IN A CIVIL CASE** |

**(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Court's order denying Cooper's motion for partial summary judgment and granting Defendants' motion for summary judgment filed August 22, 2008, judgment in this action is hereby entered in favor of defendants and against plaintiff.

Dated: August 26, 2008                                                    Richard W. Wieking, Clerk

                                                                                          By: *Cora Klein*
                                                                                          Deputy Clerk