ORIGINAL

FILED
08 SEP 19 PM 3:48
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

James M. Wood (SBN 58679)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084
Telephone:  +1.510.763.2000
Facsimile:   +1.510.273.8832
Email: jmwood@reedsmith.com

Raymond A. Cardozo (SBN 173263)
Tiffany Renee Thomas (SBN 239085)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:  +1 415 543 8700
Facsimile:   +1 415 391 8269
Email: jmwood@reedsmith.com
       rcardozo@reedsmith.com
       tthomas@reedsmith.com

Attorneys for Plaintiff STANMORE C. COOPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STANMORE C. COOPER, | Civil Case No. C 07-1383 VRW |
|---|---|
| Plaintiff, | **NOTICE OF APPEAL** |
| vs. | Hon. Vaughn R. Walker |
| FEDERAL AVIATION ADMINISTRATION; SOCIAL SECURITY ADMINISTRATION; UNITED STATES DEPARTMENT OF TRANSPORTATION, | |
| Defendants. | |

/ / / /

/ / / /

/ / / /

/ / / /

NOTICE OF APPEAL

1  Notice is given that Stanmore C. Cooper, Plaintiff in the above-named case, appeals to the
2  United States Court of Appeals for the Ninth Circuit from the Judgment entered in this action on
3  August 26, 2008.

5  DATED: September 19, 2008

REED SMITH LLP

By _____
Raymond A. Cardozo

Attorneys for Plaintiff STANMORE C. COOPER

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111. On September 19, 2008, I served the following document(s) by the method indicated below:

**NOTICE OF APPEAL; DOCKETING STATEMENT; NOTICE OF APPEARANCE OF COUNSEL (JAMES M. WOOD); NOTICE OF APPEARANCE OF COUNSEL (RAYM0ND A. CARDOZO); NOTICE OF APPEARANCE OF COUNSEL (TIFFANY RENEE THOMAS); AND NOTICE OF APPEARANCE OF COUNSEL (DAVID J. BIRD)**

☐ by transmitting via facsimile on this date from fax number 1-415-391-8269 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☐ by transmitting via email to the parties at the email addresses listed below:

/ / / / /

/ / / / /

| Jennifer S. Wang, Esq.<br>Michael T. Pyle, Esq.<br>United States Attorneys' Office<br>450 Golden Gate Ave.<br>Box 36055<br>San Francisco, CA  94102 | Attorneys for Defendants<br>Federal Aviation Administration, Social Security Administration, and United States Department of Transportation<br><br>Telephone:   415-436-7181<br>Facsimile:   415-436-6748<br>E-mail:         jennifer.s.wang@usdoj.gov |
|---|---|

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on Friday, September 19, 2008, at San Francisco, California.

*Myra R. Taylor*
Myra R. Taylor

US_ACTIVE-100122424.1