IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Stanmore C. Cooper,<br><br>      Plaintiff,<br>  v.<br><br>Federal Aviation Admin., et al.,<br><br>      Defendants. | NO. C 07-01383 JW<br><br>**ORDER VACATING STATUS CONFERENCE; STAYING CASE** |

This case is scheduled for a Status Conference on September 12, 2011. On August 22, 2011, the parties filed a Joint Status Statement indicating that the Supreme Court has granted the government's petition for writ of certiorari in this case. (See Docket Item No. 153.)

In light of the Supreme Court's decision to grant certiorari, the Court finds good cause to VACATE the September 12 conference and continue the STAY in this case. Within fourteen days of the Supreme Court's issuance of an opinion, the parties shall file a Joint Motion to lift the stay if applicable. In their Motion, the parties shall apprise the Court of the Supreme Court's decision and explain the effects of the Supreme Court's decision on the disposition of this case.

Dated: September 6, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

James M. Wood jmwood@reedsmith.com
Jennifer S Wang jennifer.s.wang@usdoj.gov
Michael Thomas Pyle michael.t.pyle@usdoj.gov
Tiffany Renee Thomas tthomas@reedsmith.com

**Dated: September 6, 2011**  **Richard W. Wieking, Clerk**

                                                  **By:   /s/ JW Chambers**
                                                      **Susan Imbriani**
                                                      **Courtroom Deputy**

**United States District Court**
For the Northern District of California