IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

STANMORE C. COOPER,

    Plaintiff,

v.

FEDERAL AVIATION ADMINISTRATION, et al.,

    Defendants.

No. C 07-1383 RS

**ORDER CLOSING CASE**

Judgment was entered in this action and the file was closed in 2008. The matter was reopened in 2010, after the United States Court of Appeals for the Ninth Circuit issued an opinion calling for reversal of the judgment. Since that time, the action has been stayed pending disposition of a petition for writ of certiorari to the United States Supreme Court. The Supreme Court has now reversed the judgment of the Court of Appeals. Accordingly, the Clerk is directed to close this file again.

IT IS SO ORDERED.

Dated: 9/6/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE